## 8

John PANICO and Gaetano Sorrentino, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. October 15, 1924.) No. 56. In Error to the District Court of the United States for the Eastern District of New York. Alexander S. Drescher, of Brooklyn, N. Y. (Harold J. Drescher, of Brooklyn, N. Y. on the brief), for plaintiff in error Panico. Isidore Oshlag, of Brooklyn, N. Y., for plaintiff in error Sor-

rentino. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (William A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Writ of error dismissed in open court.